**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS   DIVISION**

| | | |
|---|---|---|
| **IP FUND 1, INC., et al** | ) | |
| | ) | |
| **v.** | ) | **3-07-CV-1556-P** |
| | ) | |
| **MICHAEL E. KELLY, et al** | ) | |

## O R D E R

Pursuant to the District Court's order of reference filed on July 11, 2008,

IT IS ORDERED that IP Fund 1, Inc., and its president and/or other specially designated representative and Thomas B. Ramey, Jr., shall appear in the courtroom of the undersigned on **July 31, 2008, at 9:30 a.m.** to show cause why the United States Securities and Exchange Commission's Motion for an Order to Show Cause Why Plaintiffs Should Not Be Held in Contempt of Court should not be granted and/or that compliance with the District Court's order of December 6, 2007, should not be granted.

A copy of this order shall be transmitted to counsel for the parties.

SIGNED this 17th day of July, 2008.

_Wm. F. Sanderson Jr._
_____
WM. F. SANDERSON, JR.
UNITED STATES MAGISTRATE JUDGE