

ORIGINAL

# MINUTE ORDER
## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS AT DALLAS

Place 1407         Judge Sanderson              Date 8/20/08

Reporter    FTR                         Marshal

Deputy Nancy Smith

| Time | Case Number and Style | Type of Hearing | Attys. Present | End Time |
|------|----------------------|-----------------|----------------|----------|
| 9:30 | 3:07cv1556-P<br>IP Fund v. Michael Kelly | hng on doc. 47 | Stephen Johnson<br>for Plaintiff<br><br>Kristopher Heston<br>Steven Levin<br>for Defendant | 10:00 |

An order will enter

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED

     AUG 2 0 2008

CLERK, U.S. DISTRICT COURT
BY_____
          DEPUTY
```