IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IP FUND 1, INC. et al., | § § § | |
| Plaintiffs, | § | |
| v. | § § | 3:07-CV-1556-P |
| MICHAEL E. KELLY et al., | § § | |
| Defendants, | § § | |
| and | § § | |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Intervenor. | § § | |

## ORDER

On December 6, 2007, this Court issued an order directing Plaintiffs to produce certain discovery to the Securities and Exchange Comission ("SEC"). Plaintiffs then filed a Motion to Reconsider, Amend and Partially Stay the Court's December 6, 2007 Order. On March 10, 2008, this Court confirmed its December 6 order and gave Plaintiffs ten days to produce the discovery in question. Plaintiffs did not comply. SEC filed a Motion to Hold Plaintiffs in Contempt on April 24, 2008. This Court referred the SEC's motion to Magistrate Judge Sanderson, who held a hearing on August 20, 2008 and issued an order on August 22, 2008 giving Plaintiffs twenty days to produce discovery. On December 10, 2008, the SEC filed a Renewed Motion to Hold Plaintiffs in Contempt, alleging Plaintiff's continued failure to comply with the Court's previous orders.

IT IS ORDERED that IP Fund 1, Inc., and its president and/or other specially designated representative and Thomas B. Ramey, Jr., shall appear in the courtroom of the undersigned on **January 21, 2009 at 2:00 pm** to show cause why they should not be held in contempt of court for failure to comply with this Court's orders of December 6, 2007, March 10, 2008, and August 22, 2008.

A copy of this order shall be transmitted to counsel for the parties.

Signed this 18th day of December 2008.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE