IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| I P FUND 1 INC., ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | NO. 3:07-CV-1556-P |
| | § | |
| MICHAEL E. KELLY, ET AL., | § | |
| | § | |
| Defendants. | § | |

## ORDER TO SHOW CAUSE

Plaintiff filed this case on September 12, 2007 and has failed to file valid returns of service on defendants Lori Leuth Kelly, Lori Kelly Levy, Michael P. Kelly, Jr., Donald Kelly, Gwen Beem, Anthony J. Campanale, Gabriel Escalante Torres, Yucatan Resorts, Inc. d/b/a Yucatan Resorts SA, Yucatan Investment Corp., Avalon Resorts SA, World Phantasy Tours Inc. d/b/a Majesty Travel d/b/a/ Viajes Majesty, Galaxy Properties Management SA, The Camelot Group Inc., Comercializadora Vacacional Panama SA, Puerto Cancun SA, and Panorama Communities SA.

Pursuant to Rule 4(m), Fed. R. Civ. P., this action is subject to dismissal as to these defendants without further notice. The Court hereby puts plaintiff on notice that this action will be dismissed against Lori Leuth Kelly, Lori Kelly Levy, Michael P. Kelly, Jr., Donald Kelly, Gwen Beem, Anthony J. Campanale, Gabriel Escalante Torres, Yucatan Resorts, Inc. d/b/a Yucatan Resorts SA, Yucatan Investment Corp., Avalon Resorts SA, World Phantasy Tours Inc. d/b/a Majesty Travel d/b/a/ Viajes Majesty, Galaxy Properties Management SA, The Camelot Group Inc., Comercializadora Vacacional Panama SA, Puerto Cancun SA, and Panorama Communities SA. for failure to file valid returns of service.

Accordingly, by **November 30, 2009**, plaintiff shall file valid returns of service as to these defendants, or show good cause **in writing** why service cannot be made, or this action will be dismissed against these defendants without further notice for failure to prosecute.

**IT IS SO ORDERED** this 2nd day of November 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JORGE A. SOLIS
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE